IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:03CR12-11-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROY LEE REINHARDT, ) <br> ) <br> Defendant. ) <br> _____) | **SCHEDULING ORDER** |

**THIS MATTER** is before the Court on an Order (Doc. No. 585) granting Defendant's Motion To Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Doc. No. 1) in case 5:15CV142, filed on November 30, 2015.

**IT IS, THEREFORE, ORDERED** that**:**

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of ROY LEE REINHARDT (USM# 19291-058), for re-sentencing on December 7, 2016, at 9:30 AM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than November 16, 2016, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

Signed: September 27, 2016

Richard L. Voorhees
United States District Judge