IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:03-CR-12

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROY LEE REINHARDT, | ) | |
| *Defendant.* | ) | |

UPON MOTION OF THE DEFENDANT ROY LEE REINHARDT (Docs. No. 589 & 590), with the consent of the UNITED STATES OF AMERICA, and pursuant to <u>United States v. Simmons,</u> 649 F.3d 237 (4th Cir. 2011), the Court hereby ORDERS that Defendant's sentence and term of commitment to the United States Bureau of Prisons is **AMENDED** to a term of time served.

All other terms and conditions of the Defendant's sentence remain unchanged. (Doc. No. 253: Judgment).

The Clerk of Court is directed to certify a copy of this ORDER to both the United States Bureau of Prisons and the United States Marshal for the Western District of North Carolina.

SO ORDERED.

Signed: November 28, 2016

Richard L. Voorhees
United States District Judge